# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-399-RJC-DCK

| | |
|---|---|
| JUAN PALACIOS, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTHSTAR CONTRACTING GROUP, ) | |
| INC., and NORTHSTAR DEMOLITION ) | |
| AND REMEDIATION, LP, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Consent Motion For Extension Of Time To Take The Deposition Of Plaintiff Juan Palacios Outside Of the Discovery Deadline" (Document No. 9) filed February 2, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Consent Motion For Extension Of Time To Take The Deposition Of Plaintiff Juan Palacios Outside Of the Discovery Deadline" (Document No. 9) is **GRANTED**.

Signed: February 5, 2018

David C. Keesler
United States Magistrate Judge